# Court of Appeals
# of the State of Georgia

ATLANTA,    June 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2060.   DAN  HUTTO  et al.  v.  ANALYTICAL  ENVIRONMENTAL INTERNATIONAL TECHNOLOGY, INC.**

The trial court entered a default judgment as to liability against Dan Hutto and the other defendants in this case (collectively, "Hutto").  The court also scheduled a hearing for June 27, 2012, on the issue of damages.  Hutto then filed this direct appeal.

Because the issue of damages remains pending, the trial court's order is not final and Hutto was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See *Neal v. State*, 182 Ga. App. 37 (354 SE2d 664) (1987); *Attridge v. Maines*, 174 Ga. App. 472, 473 (330 SE2d 409) (1985).  Hutto's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/28/2012
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*